**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NOEL HERNANDEZ-GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | Case No. 5:26-cv-05713-AH-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondents are ordered to immediately release Petitioner Noel Hernandez-Gomez (A# 200-242-272) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with it, are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations,

including the provision of written notice and a pre-deprivation hearing before a neutral arbiter.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to confirm that Petitioner's release from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

Dated: NOVEMBER 16, 2026

ANNE HWANG
United States District Judge